UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEAFON C. LAINJO,

                Plaintiff,

Civil File No. 08-0006 (DSD/JJG)

v.

**ORDER**

TRANSITION NETWORKS, INC.,

                Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 14, 2008

s/David S. Doty
David S. Doty
United States District Judge